UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAKESH SHETTIGAR,

Petitioner,

v.

MARKWAYNE MULLIN et al.,

Defendants.

______________________________/

CASE NO. 1:26-cv-1513

HON. ROBERT J. JONKER

**ORDER**

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan, initiated this action by filing a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) After filing the petition, Petitioner was granted a bond hearing, and the parties agree that he was ordered released from custody upon the posting of a $15,000.00 bond. (ECF No. 9, PageID.PageID.87; ECF No. 10, PageID.92–93.) Accordingly, Petitioner has already received the relief he was seeking through the petition for writ of habeas corpus. Because the petition is now moot, the Court dismisses it without prejudice.

**IT IS SO ORDERED.**

Dated: September 1, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE